UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FREDERICK LITTLE

                       Plaintiff,

-against-                                           JUDGMENT
                                                    05 CV 2873 (BMC)(LB)

P.O. MASSARI, ET AL.,

                       Defendants.
-----------------------------------------------------------X

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ DEC 18 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on December 13, 2007, granting the defendants' motion for summary judgment; denying the plaintiff's motion for summary judgment; and directing the Clerk of Court to enter judgment in favor of defendants; it is,

ORDERED and ADJUDGED that plaintiff will take nothing of the defendants; that the defendants' motion for summary judgment is granted; and that the plaintiff's motion for summary judgment is denied.

Dated: Brooklyn, New York
        December 13, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court